IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IRA HAROLD WEXLER,

      **Plaintiff,**

v.                                               Case No. 1:17cv284-MW/CAS

STATE OF FLORIDA, et al.,

      **Defendants.**
_____/

## ORDER ACCEPTING IN PART AND REJECTING IN PART MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and the Magistrate Judge's Order and Amended Report and Recommendation, ECF No. 16. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The amended report and recommendation, ECF No. 16, is **accepted and adopted in part and rejected in part** as this Court's opinion. The original report and recommendation, ECF No. 14, is **rejected as moot**. Plaintiff's second amended in forma pauperis motion, ECF No. 15, is **GRANTED**. Inasmuch as this Court granted Plaintiff's second amended in forma pauperis motion, Plaintiff's subsequent amended in forma pauperis motions, ECF Nos. 18, 20, and 22 are **DENIED as moot**.

1

However, this Court does **NOT** dismiss the Complaint. Instead, this Court remands to the Magistrate to consider Plaintiff's revised complaint(s), ECF Nos. 17, 19, and 21.

**SO ORDERED on February 28, 2018.**

<u>**s/Mark E. Walker**</u> \_\_\_\_
**United States District Judge**