Page 1 of 4

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**IRA HAROLD WEXLER,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　**Case No. 1:17cv284-MW/CAS**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se and with in forma pauperis status, initiated this action in October 2017, in the Middle District of Florida.  ECF No. 1.  It was transferred to this Court, ECF No. 6, and reassigned to the undersigned.  ECF No. 8.

Since case initiation, Plaintiff has not been compliant with Court Orders.  In January 2018, a Report and Recommendation was entered, ECF No. 14, because Plaintiff had not filed his in forma pauperis motion or amended complaint as required by two Orders.  *See* ECF Nos. 9, 12.  After issuance of the Report and Recommendation, Plaintiff filed an in forma pauperis motion, ECF No. 15, but not the amended complaint.  Thus, an

amended Report and Recommendation was entered, ECF No. 16, recommending dismissal for failing to file the amended complaint and explaining why Plaintiff's initial complaint was deficient.

Again, after issuance of that Report and Recommendation, Plaintiff filed not just one amended complaint, but three of them. ECF Nos. 17, 19, and 21. United States District Judge Mark Walker remanded the case for consideration of Plaintiff's amended complaints since Plaintiff demonstrated his intent to proceed with this case. ECF No. 23.

After review of Plaintiff's recent pleadings, another Order was entered on March 8, 2018, explaining why Plaintiff's most recent complaint[1] was insufficient. ECF No. 24. Plaintiff was provided another complaint form and required to submit a "fourth amended complaint" on or before April 10, 2018. *Id.* Plaintiff was warned to "timely comply with [that] Order." *Id.* He was warned that if he again failed to do so, "a recommendation [would] be made to dismiss this case." *Id.*

---

[1] Plaintiff's original complaint, ECF No. 1, was filed on October 30, 2017, in the Middle District of Florida. After transfer to this Court, Plaintiff's first amended complaint, ECF No. 17, was filed on February 12, 2018. The second amended complaint, ECF No. 19, was filed on February 16th, and the third amended complaint, ECF No. 21, was filed on February 22, 2018.

Case No. 1:17cv284-MW/CAS

Plaintiff has once again failed to comply with a clear and direct Court Order.  Plaintiff has had numerous opportunities to comply with orders, but has demonstrated a pattern of unwillingness.  This case should be dismissed without prejudice.  When and if Plaintiff is willing to comply with Court orders and the deadlines imposed, Plaintiff may re-file his case.  No further opportunities should be provided in this case to file another amended complaint.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and for failure to comply with Court Orders.

**IN CHAMBERS** at Tallahassee, Florida, on April 19, 2018.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). **Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.** If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.