# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

IRA HAROLD WEXLER,

       Plaintiff,

v.                                    Case No. 1:17cv284-MW/CAS

STATE OF FLORIDA,
et al.,

       Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 25. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to prosecute and for failure to comply with court orders." The Clerk shall close the file.

**SO ORDERED on May 21, 2018.**

                           **s/ MARK E. WALKER**
                           **United States District Judge**